**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1095**

JAMES CEDRIC HARRIS,

                    Plaintiff - Appellant,

          v.

MEDITRAN INC./SMOKE SHACK; IVA ANGELOVA,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Mark S. Davis, District Judge.  (2:14-cv-00387-MSD-TEM)

Submitted: April 16, 2015          Decided:  April 21, 2015

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Cedric Harris, Appellant Pro Se.  Gregory William Klein, TAYLOR & WALKER, PC, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Cedric Harris appeals the district court's order dismissing his civil action for lack of jurisdiction. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Harris' informal brief does not present argument explaining how the district court erred in its disposition, Harris has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>